# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 08-5054** | **September Term 2007** |
| | 07cv02027 |
| | Filed On: April 9, 2008 [1110150] |

Ruchell Cinque Magee,

    Appellant

v.

Bob Dole, U.S. Senator, et al.,

    Appellees

## ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on March 31, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

            **FOR THE COURT:**
            Mark J. Langer, Clerk

BY:   /s/
        Elizabeth V. Scott
        Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis